UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

---

Mary Lou Allison, as Trustee for the
next-of-kin of Raymond C. Allison,

    Plaintiff,

vs.

Civil No. 07 CV 3659 (PJS/SER)

Alfa Laval, Inc., et al.,

    Defendants.

---

## NOTICE

---

TO:    ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE, that attached hereto are the Notices of Filing Orders for Dismissal of Defendants FMC Corporation and Buffalo Pumps, Inc., filed in the United States District Court for the District of Pennsylvania (MDL) Civil No. 2:09-cv-66027-ER. Please note that these Defendants have been dismissed. Please remove them from the service list for this matter.

Dated: 10-18-11

PUSTORINO, TILTON, PARRINGTON
& LINDQUIST, PLLC

By _____
JON P. PARRINGTON, I.D. #8413X
4005 West 65th Street, Ste. 200
Minneapolis, MN 55435
(952) 925-3001