# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Mary Lou Allison, as Trustee for the next-of-kin of Raymond C. Allison, <br><br>         Plaintiff, <br> vs. <br><br> Alfa Laval, Inc., et al. <br><br>         Defendants. | Court File No: 07 CV 3659 (PJS/SER) <br><br> **STIPULATION FOR DISMISSAL WITH PREJUDICE** |

It is hereby stipulated by and between counsel for the plaintiff and counsel for defendants YARWAY CORPORATION, individually and as successor in interest to Yarnall-Waring Company and TYCO INTERNATIONAL (US), INC., as successor in interest to Yarway Corporation, that the above-entitled matter is hereby dismissed with prejudice and without costs or disbursements to either party. Counsel request that judgment be entered in accordance herewith.

Dated this 15 day of December, 2011.

SIEBEN POLK LAW FIRM

_____
Michael R. Strom (ID # 170082)
Attorney for Plaintiff
1640 South Frontage Road, Ste. 200
Hastings, MN 55033
Phone: (651) 437-3148

Dated this 14 day of Nov, 2011.

OPPEGARD, WOLF & QUINTON

Paul R. Oppegard (ID 121423)
Attorney for Defendants Yarway Corp.
and Tyco International (US), Inc.
1800 30th Ave. So.
P.O. Box 657
Moorhead, MN 56561-0657
Telephone: (218) 233-8105

## ORDER FOR JUDGMENT

Based upon the foregoing stipulation of counsel for the plaintiff and counsel for defendant YARWAY CORPORATION, individually and as successor in interest to Yarnall-Waring Company, and TYCO INTERNATIONAL (US), INC. as successor in interest to Yarway Corporation, in the above-entitled matter,

IT IS HEREBY ORDERED that the above-entitled action be dismissed with prejudice and without costs or disbursements to either party.

Dated this ____ day of _____, 2011.

_____
Judge of U.S. District Court

## JUDGMENT

Based upon the foregoing order of the Judge of U.S. District Court, judgment is hereby entered dismissing the above-entitled action with prejudice and without costs or disbursements to either party.

Dated this _____ day of _____, 2011.

_____
Court Administrator